TRINA A. HIGGINS, United States Attorney (#7349)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

FILED US District Court-UT
JUL 31 '24 AM10:02

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL C. LINDSAY, and ERIC A. WILLIAMSON, Defendants. | INDICTMENT<br><br>COUNT 1: 21 U.S.C. § 841(a)(1)<br>Possession of Fentanyl with Intent to Distribute<br>(LINDSAY and WILLIAMSON)<br><br>COUNT 2: 18 U.S.C. § 922(g)(1)<br>Felon in Possession of Firearms and Ammunition<br>(WILLIAMSON)<br><br>Case: 2:24-cr-00251<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 7/30/2024 |
|---|---|

The Grand Jury charges:

COUNT 1
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

Between May 1, 2024, and May 18, 2024, in the District of Utah,

MICHAEL C. LINDSAY and ERIC A. WILLIAMSON,

defendants herein, did knowingly and intentionally possess with intent to distribute four hundred (400) grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide ("Fentanyl"), a Schedule II controlled substance within the meaning of 21 U.S.C. § 812; and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2; and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

<u>COUNT 2</u>
18 U.S.C. § 922(g)(1)
(Felon in Possession of Firearms and Ammunition)

On or about May 17, 2024, in the District of Utah,

ERIC A. WILLIAMSON,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms and ammunition, to wit: a Taurus semi-automatic 9mm pistol, and a Taurus .38 caliber pistol, along with associated ammunition, and the firearms and ammunition were in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

<u>NOTICE OF INTENT TO SEEK FORFEITURE</u>

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 922, Defendant Williamson shall forfeit to the United States of America any firearms or ammunition involved in or used in the commission of

the offense, including, but not limited to:

- A Taurus semi-automatic 9mm pistol (Serial # ACH158856);
- A Taurus .38 caliber pistol (Serial # ACM693058);
- All associated ammunition.

Pursuant to 21 U.S.C. § 853(a), upon conviction of any offense violating 21 U.S.C. § 841, Defendant Williamson shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to:

- $619 in U.S. currency seized on May 17, 2024.

A TRUE BILL:

/S/

_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
SAM PEAD
Assistant United States Attorney